In the Matter of the Application of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to East One Hundred and Seventy-eighth Street, from La Fontaine Avenue to Hughes Avenue.

GEORGE PUMPHREY et al., as Executors of MARY S. PUMPHREY, Deceased, et al., Appellants.

*Matter of City of New York (E. 178th St.)*, 107 App. Div. 22, affirmed.
(Argued January 8, 1906; decided January 23, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered September 23, 1905, which affirmed an order of Special Term confirming the report of commissioners of estimate and assessment in the above-entitled proceedings.

*John C. Shaw* and *Joseph S. Frank* for appellants.

*John J. Delany, Corporation Counsel (Theodore Connoly, John P. Dunn* and *Thomas C. Blake* of counsel), for respondent.

Order affirmed, with costs, on opinion below.
Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

In the Matter of the Application of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Rockwood Street from Walton Avenue to Grand Boulevard and Concourse.

ROBERT H. M. FERGUSON et al., Appellants.

*Matter of City of New York (Rockwood St.)*, 107 App. Div. 612, affirmed.
(Argued January 8, 1906; decided January 23, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered September 23, 1905, which affirmed an order of Special

Term confirming the report of commissioners of estimate and assessment in the above-entitled proceedings.

*John C. Shaw, Fordham Morris, William Grossman* and *William Arrowsmith* for appellants.

*John J. Delany, Corporation Counsel (Theodore Connoly, John P. Dunn* and *Thomas C. Blake* of counsel), for respondent.

Order affirmed, with costs, on opinion below.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PATRICK H. O'CONNOR, Appellant, *v.* JOHN F. AHEARN, as President of the Borough of Manhattan, City of New York, Respondent.

*People ex rel. O'Connor v. Ahearn,* 102 App. Div. 615, appeal dismissed. (Argued January 8, 1906; decided January 23, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered February 20, 1905, which affirmed an order of Special Term denying an application for a peremptory writ of mandamus to compel the defendant to reinstate the relator in the position of corporation inspector in the bureau of highways in the city of New York.

*John W. Browne* for appellant.

*John J. Delany, Corporation Counsel (Theodore Connoly* and *William B. Crowell* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.